UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:14-cv-02392-GEB-CMK |
| Plaintiff, | |
| v. | **ORDER** |
| ROBERT E. O'CONNOR and KAREN M. O'CONNOR, | |
| Defendants. | |

On April 26, 2017, Spencer T. Malysiak Law Corp., counsel for Defendants Robert E. O'Connor and Karen M. O'Connor, filed a Motion to Withdraw as Counsel, ECF No. 29, which is supported by the Declaration of Spencer T. Malysiak, id. at 2-5.

Judgment was entered in this action on November 11, 2015, and the withdrawal motion reveals that the United States is currently pursuing postjudgment discovery. See Mot. to Withdraw, Ex. A, ECF No. 29-1.

Spencer T. Malysiak of the Spencer T. Malysiak Law Corp. declares Defendants "have failed to respond to . . . all of [the movant's] several communication attempts regarding the upcoming [discovery] deadlines in this case" and "Defendants' conduct render[s] it unreasonably difficult for [the movant] to carry out its employment effectively." Decl. of Spencer T. Malysiak 2:16-17, 2:25-26. Mr. Malysiak also avers he "sent via First Class Mail a letter to Defendants at their current address

1

notifying them of the present Motion to Withdraw," and he "ha[s] not received a response to this letter." Id. at 4:17-21.

Local Rule 182(d) prescribes that "an attorney who has appeared may not withdraw leaving the client in propria persona" without leave of court upon noticed motion." E.D. Cal. L.R. 182(d). Local Rule 182(d) also prescribes:

> The attorney shall provide an affidavit stating the current or last known address or addresses of the client and the efforts made to notify the client of the motion to withdraw. Withdrawal as attorney is governed by the Rules of Professional Conduct of the State Bar of California, and the attorney shall conform to the requirements of those Rules.

Id.

The movant asserts it has been unsuccessful in its several attempts to communicate with Defendants about upcoming discovery deadlines, and includes Defendants' last known address in the motion.

Since the movant has shown sufficient justification for the order it seeks, the motion is granted upon the movant's filing proof that this Order has been served on Defendants. In light of this ruling, the hearing on this motion scheduled June 1, 2017, is VACATED.

Furthermore, should the movant file the referenced proof of service, the Clerk of Court shall thereafter serve Defendants at the following address:

> 957 Colusa Street
> Corning, California  96021

Dated: May 31, 2017

GARLAND E. BURRELL, JR.
Senior United States District Judge